TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00366-CR







Allan Duane Merrick, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF 264TH COUNTY, BELL JUDICIAL DISTRICT


NO. 43,577, HONORABLE JOE CARROLL, JUDGE PRESIDING







PER CURIAM



 This is an appeal from the judgment of conviction for aggravated robbery. Appellant has
filed an amended motion to withdraw the appeal. No decision of this Court has been delivered. 
The amended motion is granted and the appeal is dismissed. The original motion to withdraw the
appeal is dismissed. See Tex. R. App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed: February 8, 1995


Do Not Publish